UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CHIMBORAZO BUNAY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:25-cv-01769 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 6)<br><br>ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Juan Carlos Chimborazo Bunay is an immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 10, 2025, the assigned Magistrate Judge issued Findings and Recommendations to summarily dismiss the petition. (Doc. 6). The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days. (*Id.*). The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Petitioner did not file objections, and the time to do so has passed. (*See* docket).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Notably, Petitioner raises no grounds for relief other than that provided by *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001) and provides few facts detailing his detention. Based upon the foregoing, the Court **ORDERS**:

1.   The Findings and Recommendations issued on December 10, 2025, (Doc. 6), are **ADOPTED** in full.

2.   The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3.   The Clerk of Court is directed to enter judgment and close the case.

4.   A certificate of appealability is not required in the event an appeal is filed.[1]

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability will not be required because this is an order dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).